RECEIVED

AUG 11 2020

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Plaintiff(s),

vs.

Defendant(s).

Case No. 20-cv-1748 DSD/HB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ✓   NO ___

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Lisa Warner
   Street Address: 2921 Verndale Avenue #21
   County, City: Anoka
   State & Zip Code: MN 55303
   Telephone Number: 612 715-6407

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

SCANNED
AUG 11 2020
U.S. DISTRICT COURT MPLS

a. Defendant No. 1

   Name: Department of Human Services

   Street Address: P.O. Box 64941

   County, City: St.

   State & Zip Code: St Paul, MN 55164

b. Defendant No. 2

   Name: _____

   Street Address: _____

   County, City: _____

   State & Zip Code: _____

c. Defendant No. 3

   Name: _____

   Street Address: _____

   County, City: _____

   State & Zip Code: _____

NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.

Check here if additional sheets of paper are attached: ☐

Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

JURISDICTION

Federal courts are courts of limited jurisdiction.  Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal Question        ☐ Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

    *Abuse of Discretion.*
    *Incorrect Application of law or statue, against the intent of the law*

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

    Plaintiff Name:                    State of Citizenship:

    Defendant No. 1:                   State of Citizenship:

    Defendant No. 2:                   State of Citizenship:

    **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
    **Check here if additional sheets of paper are attached.**

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

    ☑ Defendant(s) reside in Minnesota    ☑ Facts alleged below primarily occurred in Minnesota

    ☐ Other: explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. *A judge abused their discretion ordering that*

I withold my son's child support and use it for my survival. Denying me an income because my adult son receives child support from his father. My adult son lives in Massachutes on campus as a college student. His child support payment isn't enough to maintain his needs. My son don't eat in my, he cant. He pays for his phone, internet, transportation, food, and a long list of other expenses. I gave my son the minimum of $300 monthly and greater than $800 a month. I write checks for his expenses as well as use Amazon and allow him access to my debit card. All of my son's money to go to his needs. I've experienced this with the caseworker prior to Rene. She was simply being ugly and difficult. Told me to get a job. Verbally attacked and the intent was malicious. My son is unwilling to establish a relationship with Anoka County General Assistance nor he willing to provide his financial information as proof. He epud up I don't have a problem and you don't have a problem why do feel they must manage and balance my child support. Can a judge order a parent to deny their child child support? Deny a parent child support knowing the adult son lives out of state and needs it

Attach additional sheets of paper as necessary.

Check here if additional sheets of paper are attached: ☐

Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want my rights upheld. I want my son's rights upheld. I want to sue for damages for the harassment, mental pain, loss of income, emotional and mental damage. I'm on the verge of becoming homeless. I am a disabled adult.

Date:

Signature of Plaintiff: /s/ Jena Ware

Mailing Address: 2431 Verndale Avenue #21
Anoka MN 55303

Telephone Number: 612-715-6407

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.