UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 20-cv-1748 (DSD/HB)

Lisa Warner,

        Plaintiff,

v.                              **ORDER**

Department of Human Services,

        Defendant.

This matter came before the court upon the report and recommendation of United States Magistrate Judge Hildy Bowbeer dated January 26, 2021. No objections have been filed to the report and recommendation in the time period permitted.

Accordingly, based upon the report and recommendation and the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The report and recommendation [ECF No. 10] is adopted;

2. This matter is dismissed without prejudice for lack of jurisdiction; and

3. The application to proceed in forma pauperis [ECF No. 2] is denied as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 18, 2021

                                                  s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court